IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. JENNIFER BARRETT, QUANA BURPO, VICKI CLEMMONS, RANDI CREIGHTON, NADIA IVORY, VICKIE MCNEELY AND JOY URIBE, on behalf of THE UNITED STATES OF AMERICA, <br><br>   Plaintiffs,<br><br>v.<br><br>BEAUTY BASICS, INC.,<br><br>   Defendants. | CIVIL ACTION NO.: CV-13-1989-SLB |

**DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE***

Donald F. Winningham III, a member in good standing of the Alabama Bar who is admitted to practice before this Court, moves the Court for an Order admitting, *pro hac vice*, Teresa N. Cavenagh as counsel for Beauty Basics, Inc. in this matter. The movant states the following:

1. Ms. Cavenagh is an attorney in the law firm of Duane Morris LLP at 30 South 17th Street, Philadelphia, Pennsylvania 19103.

2. Ms. Cavenagh is of good character and reputation; is a member in good standing of the Bar of the State of Pennsylvania; has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania; has been admitted to practice before the United States Court of Appeals for the Third and Eleventh Circuits; has been admitted to practice before the United States Tax Court; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and there are no grievances pending against her. A Certificate of Good Standing for Ms. Cavenagh is attached as Exhibit A.

02913804.1

3. Ms. Cavenagh is familiar with the Local Rules for the Northern District of Alabama and the Alabama Rules of Professional Conduct.

4. As required by Local Rule 83.1(b), a check for $50.00 will be submitted on this same date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, movant requests that this Motion be granted and that an Order be entered admitting Ms. Cavenagh as counsel *pro hac vice* for Beauty Basics, Inc. in this matter.

Respectfully submitted,

*/s/ Donald F. Winningham III*
Donald F. Winningham III

One of the Attorneys for Defendant
Beauty Basics, Inc.

**OF COUNSEL**:
Daniel R. Walworth
Edward M. Cramp
Teresa N. Cavenagh
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
(215) 979-1194
(215) 405-2917 (fax)
dwalworth@duanemorris.com

Thomas W. Thagard, III
Ollie A. "Tres" Cleveland, III
Donald F. Winningham, III
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000
(205) 254-1999 (fax)
tthagard@maynardcooper.com
tcleveland@maynardcooper.com
dwinningham@maynardcooper.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been filed pursuant to the electronic filing requirements of the United States District Court for the Northern District of Alabama, which provides for service on counsel of record in accordance with the electronic filing protocols in place on this 23rd day of May 2014.

          */s/ Donald F. Winningham, III*
          OF COUNSEL

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Teresa N. Cavenagh, Esq.*

**DATE OF ADMISSION**

*October 30, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: May 12, 2014**

John W. Person Jr., Esq.
Deputy Prothonotary